### IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| GUSTAVO NUNEZ | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | NO: 4:13CV00105  SWW |
| | * | |
| CLEOPATRA TRUCKING, ET AL. | * | |
| | * | |
| Defendants | * | |

## **ORDER**

Now before the Court is a motion by Defendant and Cross Claimant Cleopatra Tucking LLC, seeking to dismiss its crossclaim (ECF No. 77) against Defendants and Cross Defendants Filiberto Herrera and Noel Transportation.[1]  Pursuant to Rule 41(a)(2), the motion (ECF No. 127) is GRANTED and the Cross Claim is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 26TH   DAY OF AUGUST, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] For background information regarding this motion, see the Court's order entered August 21, 2014 (ECF No. 126).